BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIDRO ALCAZAR-TAPIA ET AL.,<br><br>Defendants. | CASE NO. 2:14-CR-00238-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 14, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on November 14, 2014.

2. By this stipulation, the parties now move to continue the status conference until November 21, 2014, and to exclude time between November 14, 2014, and November 21, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 179 pages of Bates stamped discovery and a DVD containing numerous photos and extensive data. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, and

to discuss potential resolutions with their clients.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2014 to November 21, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 4, 2014                                BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ CHRISTIAAN H. HIGHSMITH
                                                        CHRISTIAAN H. HIGHSMITH
                                                        Assistant United States Attorney


Dated:  November 4, 2014                                /s/ George Paul Trejo
                                                        George Paul Trejo
                                                        Counsel for Defendant
                                                        Isidro Alcazar-Tapia

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

2

Dated: November 4, 2014        /s/ Julian Elizabeth Trejo
                               Julian Elizabeth Trejo
                               Counsel for Defendant
                               Arturo Alcazar-Tapia

Dated: November 4, 2014        /s/ Ricardo Hernandez
                               Ricardo Hernandez
                               Counsel for Defendant
                               Ricky Martin Huerta

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge