BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00238-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ISIDRO ALCAZAR-TAPIA ET AL., | DATE: November 21, 2014 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on November 21, 2014.

2.     By this stipulation, defendants now move to continue the status conference until December 19, 2014, and to exclude time between November 21, 2014, and December 19, 2014, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government has represented that the discovery associated with this case includes approximately 179 pages of Bates-stamped discovery and a DVD containing numerous photographs and extensive data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)     Counsel for defendants desire additional time to review the current charges, conduct investigation and research related to the charges, to review discovery for this matter, and

1   discuss potential resolutions with their clients. Further, counsel for defendants request additional

2   time to review discovery related to potential restitution payments in this case and to discuss

3   restitution with their clients.

4       c)    Counsel for defendants believe that failure to grant the above-requested

5   continuance would deny counsel the reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence.

7       d)    The government does not object to the continuance.

8       e)    Based on the above-stated findings, the ends of justice served by continuing the

9   case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of November 21, 2014 to December

13   19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14   Code T4] because it results from a continuance granted by the Court at defendants' request on

15   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16   best interest of the public and the defendant in a speedy trial.

17   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19   must commence.

20       IT IS SO STIPULATED.

21

22   Dated:  November 18, 2014                 BENJAMIN B. WAGNER
                                       United States Attorney

23

24                                         /s/ CHRISTIAAN H. HIGHSMITH

25                                         CHRISTIAAN H. HIGHSMITH
                                      Assistant United States Attorney

26

27

28

1    Dated:  November 18, 2014                    /s/ Ricardo Hernandez
                                                   Ricardo Hernandez
2                                                  Counsel for Defendant
                                                   Ricky Martin Huerta
3

4    Dated:  November 18, 2014                    /s/ George Paul Trejo, Jr.
                                                   George Paul Trejo, Jr.
5                                                  Counsel for Defendant
                                                   Isidro Alcazar-Tapia
6

7    Dated:  November 18, 2014                    /s/ Julian Trejo
                                                   Julian Trejo
8                                                  Counsel for Defendant
                                                   Arturo Alcazar-Tapia
9

10

11                          **[PROPOSED] FINDINGS AND ORDER**

12         IT IS SO FOUND AND ORDERED.

13   Dated:  November 19, 2014

14

15

16                          _____
                            GARLAND E. BURRELL, JR.
17                          Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28