BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00238-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ISIDRO ALCAZAR-TAPIA, and ARTURO ALCAZAR-TAPIA, | DATE: December 19, 2014 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 19, 2014.

2. By this stipulation, the parties now move to continue the status conference until January 16, 2014, for a change of Plea and to exclude time between December 19, 2014, and January 16, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government and defense counsel have completed negotiations.

   b) Counsel for defendants desire additional time to review the Plea offer, and to discuss potential resolutions with their clients. After due diligence, the defense needs additional time to review the restitution being sought by the Government which recently produced.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2014 to January 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 15, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ CHRISTIAAN H.HIGHSMITH
CHRISTIAAN H.HIGHSMITH
Assistant United States Attorney

Dated:  December 15, 2014                    /s/ George Paul Trejo
                                             George Paul Trejo
                                             Counsel for Defendant
                                             Isidro Alcazar-Tapia


Dated:  December 15, 2014                    /s/ Julian Elizabeth Trejo
                                             Julian Elizabeth Trejo
                                             Counsel for Defendant
                                             Arturo Alcazar-Tapia


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 18, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge