George P. Trejo, Jr.
THE TREJO LAW FIRM, INC.
701 N. 1st Street, Ste. 100
Yakima, WA 98901
(509) 452-7777

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>ISIDRO ALCAZAR-TAPIA,<br><br>                              Defendants. | CASE NO.  2:14-CR-00238-GEB<br><br>STIPULATION REGARDING CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 12, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Christiaan H. Highsmith, Assistant United States Attorney, and George  Paul Trejo, Jr., counsel for Defendant Isidro Alcazar-Tapia, that the hearing on Judgment and Sentence currently set for April 3, 2015, be vacated and reset for June 12, 2015 at 9:00 a.m.

The continuance of the Judgment and Sentence is necessary because the defense counsel has had Trial conflicts and has no been available to participate in PSR interview and need additional time to complete.

Dated:  March 5, 2015                              BENJAMIN B. WAGNER
                                                                    United States Attorney

                                                                     /s/ CHRISTIAAN H.HIGHSMITH
                                                                    CHRISTIAAN H.HIGHSMITH
                                                                    Assistant United States Attorney

STIPULATION RE: CONTINUE SENTENCING;                              1
[PROPOSED] FINDINGS AND ORDER

| | |
|---|---|
| Dated: March 5, 2015 | THE TREJO LAW FIRM, INC.<br>/s/ George Paul Trejo<br>George Paul Trejo<br>Counsel for Defendant<br>Isidro Alcazar-Tapia |

## [PROPOSED] FINDINGS AND ORDER

The court having reviewed the records and files herein and considered the stipulation of the parties, IT IS HEREBY ORDERED

    1.    The Stipulation for a continuance of Judgment and Sentence is GRANTED. The sentencing presently set for April 3, 2015 is hereby continued to June 12, 2015 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: March 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: CONTINUE SENTENCING;
[PROPOSED] FINDINGS AND ORDER

2